McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-05-055 WBS |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER |
| ) | FOR WRIT OF HABEAS CORPUS |
| v. ) | AD PROSEQUENDUM |
| ) | |
| RAMON CASTRO-RAMIREZ, ) | |
|   aka Ramon Castro Ramirez, ) | |
|   aka Jose Guadalupe Bernal, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in Deuel Vocational Institute, 23500 Kasson Road, Tracy, California 95376, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff

1 or Jailor to produce the defendant in court forthwith, and at
2 such other dates as may be necessary in order to procure
3 defendant's presence to enter a plea and all other proceedings
4 incident thereto.

5    WHEREFORE, your petitioner prays for an order directing the
6 issuance of a Writ of Habeas Corpus ad Prosequendum out of and
7 under the seal of this Court, directed to the Warden, Sheriff or
8 Jailor, commanding him to have and produce the above-named
9 defendant in the United States District Court forthwith, and then
10 and there to present the defendant before the Court and from day
11 to day thereafter as may be necessary, and at the termination of
12 the proceedings against the defendant to return defendant to the
13 custody of the Warden, Sheriff or Jailor.

14 DATED: April 29, 2005

                              McGREGOR W. SCOTT
                              United States Attorney

                         BY:    /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

19                           O R D E R

20    Upon reading and filing the foregoing application in that
21 behalf;
22    IT IS ORDERED that a Writ of Habeas Corpus ad
23 Prosequendum issue as prayed for herein.
24 DATED: April 29, 2005.

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/ramirez0055.writ

2